Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 2 5 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

BOP# 02004509
Harley Kathryn McManus
SFF Hazelton PO BOX 3000
Bruceton Mills WV, 26525

(Full name under which you were convicted,
prison number, place of confinement, and
full mailing address)

Petitioner,

vs.

SFF Hazelton Warden,

(Name of Warden or other authorized person
where you are incarcerated)

Respondent.

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:22 cv 54
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

   ☐ a conviction
   ☐ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☒ other, state briefly: applying for Hardtime COVID credit (2 for 1 credit) ~~good~~ day credits 771

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   Charlotte Federal court
   North Carolina Western district
   Charlotte, North Carolina

4. List the case number, if known: DNCW3 20CR000164-001

5. List the nature of the offense for which the sentence was imposed:
   CT1 methamphetamine trafficking conspiracy
   CT2 PWITD methamphetamine

6. List the date each sentence was imposed and the terms of the sentence:
   05-19-2021    120 months, 5 years supervision

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes   ☒ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

Attachment A

    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☐ No  Result: _____
    2. Second proceeding: ☐ Yes ☐ No  Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
   Extreme lockdown

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
   As of 3-17-20 SFF Hazelton went on modified opperations due to the covid-19 pandemic. We are still currently on it. Went through severe mental, physical, and emotional trauma.

B. Ground two:

**Attachment A**

Sanitation

Supporting facts: During lockdown we are allowed between 5 and 10 minutes to shower every three days. Have improper daily deit.

C. Ground three: improper medical

Supporting facts: We were locked down 24 hours a day, with NO family support and very limited medical care in which the medical staff talked to us through our doors.

D. Ground four: Hippa law (privacy)

Attachment A

Supporting facts: Talking to us through our door to where our roommate and our neighbors can be heard about what we are talking about. Also, the facility has posted in units and on trulinks list of everyone who has been vaccinated.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

Grounds A - D

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

　　A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

　　　　　☐ Yes　　☒ No

　　　1. If your answer to "A" above was yes, what was the result:

**Attachment A**

2. If your answer to "A" above was no, explain: modified operations through BOP, I have not filed any grievances

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes  ☒ No

1. If your answer to "B" above was yes, what was the result:

2. If your answer to "B" above was no, explain: Mandatory Lockdown

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.

   I would like to be considered for the Cares Act/ Hardtime COVID credit. I would like to recieve 2 for 1 credits for my time served during the COVID-19 pandemic. I would like credited 1542 days of time.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this __21__ day of __March__, __2022__.
          (day)              (month)         (year)

_Horly K. M'Mon_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __3/21/22__     _Horly K. M'Mon_
                                         Your Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Harley Kathryn McManus__

Your full name

v.

__SFF Hazelton Warden__

Civil Action No.: __3:22cv40__

Enter above the full name of respondent in this action

### Certificate of Service

I, __Harley McManus__ (your name here), appearing *pro se*, hereby certify that I have served the foregoing __Habeas Corpus__ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on __3/21/22__ (insert date here):

(List name and address of counsel for respondent)

__Harly KM m__
(sign your name)